# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RAJINDER S. MALHI ) | |
| ) | Case No. 20-40762-rk |
| AND, ) | Chapter 13 |
| ) | Honorable Russ Kendig |
| PRATIPAL K. MALHI, ) | |
| ) | |
| Debtors. ) | |

### MOTION OF CREDITOR BRINDA RAMA TO SHORTEN RESPONSE TIME TO MOTION TO VACATE CHAPTER 13 ORDER OF DISMISSAL PURSUANT TO RULE 9024, FEDERAL RULES OF BANKRUPTCY PROCEDURE (DOC. 48)

On June 20, 2020, Creditor Brinda Rama ("Rama"), by and through her undersigned counsel, filed her Motion to Vacate Chapter 13 Order of Dismissal Pursuant to Rule 9024, Federal Rules of Bankruptcy Procedure ("Motion to Vacate"). Doc. 48. On June 12, 2020, Rama filed a number of Motions seeking examination of banks, investment companies and the accountants to Debtors Rajinder S. Malhi and Pratipal K. Malhi ("Debtors"), pursuant to Bankruptcy Rule 2004 (the "Rule 2004 Motions"). Docs. 22, 27, 29, 31, 33, 35, 37, 39, 41. Those Rule 2004 Motions were scheduled for hearing on July 2, 2020 with responses or objections to said Motions to be filed prior to the scheduled hearing date. Docs. 25, 28, 30, 32, 34, 36, 38, 40, 42.

Rama requests this Court shorten the response time to her Motion to Vacate, Doc. 48, pursuant to Bankruptcy Rule 9006(c) so that the Court may consider the Motion to Vacate in advance of the July 2, 2020 hearing date and if Rama is granted the relief she seeks, her Rule 2004 Motions may proceed without further delay as scheduled. A Memorandum in Support is

attached hereto and incorporated herein.

Dated: June 20, 2020.                    Respectfully submitted,

*/s/ Jody M. Oster*
Jody M. Oster (0041391)
1391 W. Fifth Avenue
Suite 433
Columbus, Ohio  43212
Phone: (614) 560-6797
Email: jodymoster@gmail.com

**COUNSEL FOR BRINDA RAMA**

<u>**MEMORANDUM IN SUPPORT**</u>

Debtors Rajinder S. Malhi and Pratipal K. Malhi ("Debtors") filed their Chapter 13 case on May 1, 2020.   The first meeting of creditors scheduled for June 10, 2020 was rescheduled to June 19, 2020 after Debtors abruptly indicated they did not intend to attend. Docs. 10, 21. Within an hour of the start of the rescheduled meeting of creditors, Debtors filed a "Notice of Voluntary Dismissal" of their Chapter 13 case. Doc. 43. This Court then issued its Order dismissing the case. Doc. 44.  On June 20, 2020, Creditor Brinda Rama filed her Motion to Vacate the Chapter 13 Order of Dismissal (Doc. 44) Pursuant to Rule 9024, Federal Rules of Bankruptcy Procedure ("Motion to Vacate"). Doc. 48. Rama files this Motion to Shorten Response Time contemporaneously with her Motion for Expedited Hearing.

In her June 20, 2020 Motion to Vacate (Doc. 48), Rama seeks to vacate the June 19, 2020 Chapter 13 Order Dismissing Case, Doc. 44, based on the continued abuse of process and bad faith of Debtors as outlined in her Motion to Vacate.  She seeks expedited relief on her Motion to Vacate so that she is able to proceed with her Rule 2004 Motions filed on June 12, 2020, with the hearing on those Motions scheduled for July 2, 2020 and, if the Rule 2004 Motions are granted, to move forward with the examinations as scheduled. To do that,  Rama requests this Court to

shorten the response time on the Motion to Vacate from fourteen (14) days to two (2) days, or until Wednesday, June 24, 2020 and further that the time for filing a reply be shortened from seven (7) to two (2) days, or until June 26, 2020. Pursuant to Bankruptcy Rule 9006(d), this Motion does not require the fourteen (14) day notice referenced in LBR 9013-1(a).

WHEREFORE, Rama respectfully requests that the Court enter an Order shortening the response time to her Motion to Vacate (Doc. 48) from fourteen (14) days to two (2) days, or until Wednesday, June 24, 2020, and further that the time for filing a reply be shortened from seven (7) to two (2) days, or until June 26, 2020 in order to be considered timely filed.

Dated: June 20, 2020.                    Respectfully submitted,

*/s/ Jody M. Oster*
Jody M. Oster (0041391)
1391 W. Fifth Avenue
Suite 433
Columbus, Ohio 43212
Phone: (614) 560-6797
Email: jodymoster@gmail.com

**COUNSEL FOR BRINDA RAMA**

## CERTIFICATE OF SERVICE

The undersigned, Jody M. Oster, hereby certifies that on this 20th day of June, 2020, a true and correct copy of the foregoing was served upon all parties receiving CM/ECF noticing via the Court's CM/ECF system and further that the foregoing Motion, together with the Notice required by Local Bankruptcy Rule 9013-1, was mailed via USPS first class mail, postage prepaid, on the following:

Rajinder S. Malhi
Pratipal K. Malhi
48673 Lakeview Circle
Calcutta, OH 43920

Weidrick Livesay & Company
2150 N. Cleveland-Massillon Road
Akron, OH 44333

CF Bank, National Association
Attn: Court Order/Subpoena Processing
7000 North High Street
Worthington, OH 43085

PNC Bank, National Association
Attn: Court Order/Subpoena Processing
100 East Federal Street
Youngstown, Ohio 44503

Farmers National Bank
nka: Farmers National Bank of Canfield
Attn: Court Order/Subpoena Processing
20 South Broad Street
Canfield, Ohio 44406

Fidelity Brokerage Services, LLC
3750 W Market Street
Unit A
Fairlawn, OH 44333

The Huntington National Bank
Attn: Court Order/Subpoena Processing
7 Easton Oval
Columbus, Ohio 43219

Charles Schwab & Co., Inc.
3067 W. Market St.
Suites 2 & 3
Fairlawn, Ohio 44333

Charles Schwab Bank, SSB
3067 W. Market St.
Suites 2 & 3
Fairlawn, Ohio 44333

The Vanguard Group, Inc.
100 Vanguard Boulevard
Malvern, Pennsylvania 19355-2331

Vanguard Marketing Corporation
455 Devon Park Drive
Wayne, PA 19087-1815

TD Ameritrade, Inc.
Attn: Court Order/Subpoena Processing
4356 Belden Village Avenue NW
Canton, Ohio 44718

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

> */s/ Jody M. Oster*
> Jody M. Oster (0041391)
>
> **COUNSEL FOR BRINDA RAMA**